IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2009 OCT 28 AM 10: 16

AUBREY R. WILLIAMS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-048
)
LARRY CHISHOLM, IAN HEAP, and )
RUSSELL MABREY, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the Opinion of the Court.[1] This case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE**.

SO ORDERED this 28th day of October, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In addition to the Magistrate Judge's reasons for dismissing this case, the Complaint (Doc. 1) is factually insufficient to support a cause of action. A complaint that "offers labels and conclusions or a formulaic recitation of the elements of a cause of action will not do . . . . Nor does a complaint suffice if it tenders naked assertions devoid of further factual enhancement." Ashcroft v. Iqbal, 556 U.S. ___, 129 S. Ct. 1937, 1949-50 (2009). Here, Plaintiff's Complaint repeatedly asserts that the Defendants provided the grand jury with false evidence, but never states of what the false evidence consists. Accordingly, the Complaint is dismissed for inadequate factual content as well.